# IN THE SUPREME COURT, STATE OF WYOMING

## 2022 WY 52

*April Term, A.D. 2022*

*April 20, 2022*

JAMIE CODY SHEEKS,

Appellant
(Defendant),

v.                                                    S-22-0003

THE STATE OF WYOMING,

Appellee
(Plaintiff).

## ORDER AFFIRMING THE DISTRICT COURT'S
## ORDER REVOKING PROBATION AND IMPOSING UNDERLYING SENTENCE

[¶ 1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted.  Appellant took this appeal to challenge the district court's August 2, 2021, Order Revoking Probation and Imposing Underlying Sentence.  Appellant admitted he violated his probation.  The district court revoked probation and imposed a sentence of 2 to 4 years on Appellant's conviction for wrongful taking or disposing of property.  Wyo. Stat. Ann. § 6-3-403(a)(i) (LexisNexis 2019).

[¶ 2]   On February 17, 2022, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that, on or before April 8, 2022, Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶ 3]   Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Order Revoking Probation and Imposing Underlying Sentence should be affirmed.  It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Jamie Cody Sheeks, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Carbon County District Court's August 2, 2021, Order Revoking Probation and Imposing Underlying Sentence, be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 20th day of April, 2022.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**